# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

JACOB BUCKMAN,
        Plaintiff,

     v.

HEARTLAND CREDIT CORPORATION;
AUTO VENTURE, INC. d/b/a AUTO SMART 2;
EQUIFAX INFORMATION SERVICES, LLC;
and TRANS UNION, LLC,
        Defendants.

CASE NO. 3:23-cv-390-CHB

**ELECTRONICALLY FILED**

Judge Claria Horn Boom

## TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Commonwealth of Kentucky, Breckinridge Circuit Court to the United States District Court for the Western District of Kentucky, at Louisville, on the following grounds:

1.     Plaintiff, Jacob Buckman served Trans Union on or about July 11, 2023 with a Summons and Complaint filed in the Commonwealth of Kentucky, Breckinridge Circuit Court. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**, respectively. No other process, pleadings, or orders have been served on Trans Union.

2.     Plaintiff makes claims under, alleges that Trans Union violated, and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See generally Complaint.

3.    This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.    Pursuant to 28 U.S.C. § 1441 et seq., this cause may be removed from the Commonwealth of Kentucky, Breckinridge Circuit Court, to the United States District Court for the Western District of Kentucky, at Louisville.

5.    Counsel for Trans Union has confirmed with the Clerk of the Commonwealth of Kentucky, Breckinridge Circuit Court, that they have no document or file suggesting any other Defendant has been served.  To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice of Removal.

6.    Notice of this removal will promptly be filed with the Commonwealth of Kentucky, Breckinridge Circuit Court and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Commonwealth of Kentucky, Breckinridge Circuit Court to this United States District Court, Western District of Kentucky, at Louisville.

Respectfully submitted,


 /s/ Michael E. Gregory
MICHAEL E. GREGORY
GREGORY E. MAYES
GREGLAW, LLC
6100 Dutchmans Lane, Suite 1100
Louisville, Kentucky  40205
Telephone:  (502) 736-7040
Facsimile:  (502) 736-7510
E-Mail:  mike.gregory@greglawllc.com
E-Mail:  greg.mayes.sr@greglawllc.com

Counsel for Defendant Trans Union, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 28th day of July, 2023. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|-------|-|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 28th day of July, 2023, properly addressed as follows:

| **for Plaintiff Jacob Buckman**<br>David W. Hemminger, Esq.<br>Hemminger Law Office, P.S.C.<br>331 Townepark Circle, Suite 100-C<br>Louisville, KY 40243 | |
|---|---|

*/s/ Michael E. Gregory*
MICHAEL E. GREGORY