**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

---

JACOB BUCKMAN,
          Plaintiff,

      vs.

HEARTLAND CREDIT CORPORATION;
AUTO VENTURE., d/b/a AUTO SMART 2;
EQUIFAX INFORMATION SERVICES, LLC;
And TRANS UNION, LLC;
          Defendants.

CASE NO.  3:23-cv-00390-CHB
**ELECTRONICALLY FILED**

Judge Claria Horn Boom

---

**MOTION TO WITHDRAW**
***PRO HAC VICE* ADMISSION OF PAIGE E. VACANTE**

---

Comes now the undersigned counsel for Defendant Trans Union, LLC, and hereby requests that the Court withdraw the pro hac vice admission of Paige E. Vacante for Defendant Trans Union, LLC.  In support of this Motion, Defendant states as follows:

1.      Paige E. Vacante is no longer associated with Schuckit & Associates and is instead associated with Seyfarth Shaw LLP, as noted below, and this motion is filed with her signature and consent.

2.      Trans Union, LLC has provided written consent to undersigned counsel for the withdrawal of Paige E. Vacante.

3.      This motion is being served on Trans Union, LLC as reflected in the Certificate of Service below.

4.      Trans Union, LLC will continue to be represented in this matter by Emily M. Stultz, Gregory E. Mayes, and Michael E. Gregory, undersigned counsel.

WHEREFORE, Defendant Trans Union, LLC respectfully requests that the Court withdraw the pro hac vice admission of Paige E. Vacante.

Respectfully submitted,

/s/Paige E. Vacante
Paige E. Vacante, Esq.
  (admitted *Pro Hac Vice*)
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5121
E-Mail: pvacante@seyfarth.com

*Withdrawing Counsel*

/s/Emily M. Stultz (with consent)
Emily M. Stultz, Esq. (IN# 37683-32)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 132
Fax:  (317) 363-2257
E-Mail: estultz@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

/s/Michael E. Gregory (with consent)
Gregory E. Mayes, Esq.
Michael E. Gregory, Esq.
GregLaw, LLC
6100 Dutchmans Lane, Suite 1100
Louisville, KY 40205
Telephone:  (502) 736-7040
E-Mail:  greg.mayes.sr@greglawllc.com
E-Mail:  mike.gregory@greglawllc.com

*Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **12th day of December, 2023**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following party, on the **12th day of December, 2023.**

| Laura K. Rang, Esq. Laura.rang@transunion.com | |

/s/Paige E. Vacante
Paige E. Vacante, Esq.
  (admitted *Pro Hac Vice*)
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5121
E-Mail: pvacante@seyfarth.com

*Withdrawing Counsel*