**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

JACOB BUCKMAN,                                  CASE NO.  3:23-cv-00390-CHB
        Plaintiff,                          **ELECTRONICALLY FILED**

    vs.                                                    Judge Claria Horn Boom

HEARTLAND CREDIT CORPORATION;
AUTO VENTURE., d/b/a AUTO SMART 2;
EQUIFAX INFORMATION SERVICES, LLC;
And TRANS UNION, LLC;
        Defendants.

**ORDER GRANTING MOTION TO WITHDRAW**
*PRO HAC VICE* **OF PAIGE E. VACANTE**

This cause is before the Court on Motion to Withdraw Pro Hac Vice Admission of Paige

E. Vacante.  The Court, being duly advised, hereby GRANTS said Motion.

Paige E. Vacante's pro hac vice admission is hereby withdrawn.

IT IS SO ORDERED this _____ day of _____, 2023.

DISTRIBUTION:

| David W. Hemminger, Esq. | Emily M. Stultz, Esq. |
|---|---|
| hemmingerlawoffice@gmail.com | estultz@schuckitlaw.com |
| Gregory E. Mayes, Esq. | Michael E. Gregory, Esq. |
| greg.mayes.sr@greglawllc.com | mike.gregory@greglawllc.com |