# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# (LOUISVILLE DIVISION)

JACOB BUCKMAN                                                                                    PLAINTIFF

v.                                                                              CASE NO.: 3:23-cv-00390-CHB

HEARTLAND CREDIT CORP. ET AL.                                                         DEFENDANTS

## MOTION FOR DEFAULT JUDGMENT

      Comes the Plaintiff, Jacob Buckman, and hereby moves this honorable Court to enter the attached Judgment against Defendant, Auto Venture, Inc., pursuant to Federal Rule of Civil Procedure 55(b)(2). Plaintiff seeks statutory damages of $1,000.00 pursuant to the Fair Credit Reporting Act, 15 U.S.C. 1681 et seq., damages for embarrassment, humiliation, and emotional distress of $2,000.00, and attorney's fees in the amount of $2,000.00. Plaintiff's tendered Judgment is attached as **Exhibit A**. In support of this Motion, Plaintiff relies upon the Clerk's Entry of Default [DN 23].

      Dated this 20th day of February, 2024.

                                                       Respectfully submitted,

                                                       */s/David W. Hemminger*
                                                       David W. Hemminger
                                                       Hemminger Law Office, PSC
                                                       331 Townepark Circle, Ste. 100-C
                                                       Louisville, KY 40243
                                                       Tel. 502-443-1060
                                                       Fax 502-873-5300
                                                       hemmingerlawoffice@gmail.com
                                                       *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on the 20th day of February, 2024, I caused a copy of this Motion for Default Judgment with the attached Exhibit to be placed in a postage-paid envelope addressed to the Defendant at the address stated below which is the last known address of the Defendant, and deposited said envelope in the United States Mail:

Casey Bernard
222 E. Witherspoon, Suite Unit 1104
Louisville, Kentucky 40202

                */s/David W. Hemminger*
                David W. Hemminger