UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JACOB BUCKMAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:23-CV-390-CHB |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| HEARTLAND CREDIT ) | |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order Adopting Magistrate Judge's Report and Recommendation entered contemporaneously herewith, the Court **ADJUGES** as follows:

1. **DEFAULT JUDGMENT** is entered in favor of Plaintiff Jacob Buckman and against Defendant Auto Venture, Inc. in the total amount of $500.00.

2. This action is **DISMISSED WITH PREJUDICE** and is **STRICKEN** from the Court's active docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 17th day of July, 2024.

